FILED
MAR 07 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>CEDRIC T. DAVIS, JR.<br><br>Defendant. | Case No. 4:18-mj-70252-MAG-1 (DMR)<br><br>Charging District:<br>Eastern District of Missouri, St. Louis<br><br>Charging District's Case No.:<br>4:18CR00149 HEA/NCC |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: Thomas F. Eagleton U.S. Courthouse<br>111 South 10th St.<br>St. Louis, MO 63102 | Courtroom No.: 15 North |
|---|---|
| | Magistrate Judge Noelle C. Collins |
| | Date and Time: April 2, 2018 11:00 a.m. |
| | (Defendant should report to Pretrial Services on the 6th Floor on April 2, 2018 at 8:30 a.m.) |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: March 7, 2018

_____
DONNA M. RYU
United States Magistrate Judge